

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David and Shelley Stevens, Appellants

No. 06-14-00059-CV          v.

Pentair Filtration, Inc., Pentair Residential Filtration, LLC, and Sta-Rite Industries, LLC, Appellees

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-13-41338).   Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellants, David and Shelley Stevens, pay all costs of this appeal.

RENDERED SEPTEMBER 19, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk